UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAMELA DENISE MCCULLOUGH,

    Plaintiff,

v.     Case No. 8:18-cv-1550-T-30SPF

UNITED AIRLINES, INC.,
a foreign profit corporation,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon Defendant's Unopposed Motion for Physical Examination (Doc. 37). Defendant's motion sets forth the time, place, manner, conditions, and scope of the examination, attaches the orthopedic surgeon's curriculum vitae, and otherwise complies with Rule 35(a). Plaintiff does not oppose the motion.

Upon consideration of the foregoing, it is hereby

**ORDERED:**

Defendant's Unopposed Motion for Physical Examination (Doc. 37) is **GRANTED**. Plaintiff's physical examination may proceed at the time, place, and manner, and under the conditions and scope specified in Defendant's motion.

**ORDERED** in Tampa, Florida, November 12, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE